Certificate Number: 05781-PAE-DE-038848167

Bankruptcy Case Number: 20-11434



05781-PAE-DE-038848167

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2024, at 11:41 o'clock AM PDT, Curtis Barker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 9, 2024                By:   /s/Allison M Geving

                                         Name: Allison M Geving

                                         Title: President