United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11434-amc |
| Curtis Barker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 10, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis Barker, 6627 N. Lawrence Street, Philadelphia, PA 19126-3133 |
| 14479365 | + | August Ober, Esquire, 27 S. Darlington Street, West Chester, PA 19382-2922 |
| 14479374 | | Grimley Financial, 1415 Route 30 E, Suite LL5, Cherry Hill, NJ 08034 |
| 14479376 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14479379 | + | Philadelphia Indemnity Insurance, PO Box 950, Bala Cynwyd, PA 19004-0950 |
| 14479381 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 01:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14487126 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 11 2024 01:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14487381 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 11 2024 01:21:00 | Bank of America, N.A., 800 Market Street, St.Louis MO 63101-2508 |
| 14479369 | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14525951 | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Room 580, Philadelphia, PA 19102 |
| 14532963 | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14517416 | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14479368 | | Email/Text: megan.harper@phila.gov | Sep 11 2024 01:21:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14479366 | + | Email/Text: ecf@ccpclaw.com | Sep 11 2024 01:21:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14479370 | + | Email/Text: bankruptcy@philapark.org | Sep 11 2024 01:21:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14479371 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 11 2024 01:21:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14479372 | | Email/Text: bankruptcycourts@equifax.com | Sep 11 2024 01:21:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14479373 | ^ | MEBN | Sep 11 2024 01:18:13 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14479375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2024 01:21:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14481830 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 01:28:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14479378 | ^ | MEBN | Sep 11 2024 01:18:14 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14479377 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 11 2024 01:21:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14479380 | + | Email/Text: bankruptcy@philapark.org | Sep 11 2024 01:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14479382 | + | Email/Text: bankruptcy@sw-credit.com | Sep 11 2024 01:21:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14479383 | ^ | MEBN | Sep 11 2024 01:18:19 | State of NJ, Dept. of Labor, Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 14479384 | | Email/Text: DASPUBREC@transunion.com | Sep 11 2024 01:21:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14479385 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 11 2024 01:21:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14479367 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

**below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Curtis Barker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 54 − 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Curtis Barker ) | | Case No. 20−11434−amc |
| ) | | |
| ) | | |
| Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 10, 2024                                                    For The Court

                                                                                                           Timothy B. McGrath
                                                                                                           Clerk of Court